UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KEITH PRIEUR AND GLORIA PRIEUR,

                Plaintiffs,

                                                            ORDER
      v.                                                             04-CV-481A

HILTI, INC. a/k/a HILTI OKLAMOMA
                Defendant.

_____

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 1, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion for summary judgment is granted. The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                              s/ *Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: August 21, 2007